**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MARGARET M. BUCKLEY, CSJ, individually
and on behalf of all others similarly situated,

                Plaintiff,

   - against -                             **JUDGMENT**
                                                           CV 22-1436 (JMA) (ARL)

MARY T. BASSETT, M.D., as Commissioner
of the New York State Department of Health;
and DANIEL W. TIETZ, as Commissioner of
the Office of Temporary Disability Assistance
of the New York State Department of Family
Assistance,

                Defendants.
-----------------------------------------------------------X

      A Memorandum and Order of Honorable Joan M. Azrack, United States District Judge, having been filed on March 1, 2024, granting Defendants' motion to dismiss, and denying Movant Gloria Agnese, CSJ's motion to intervene in this action, it is

      **ORDERED AND ADJUDGED** that Plaintiff Margaret M. Buckley, CSJ take nothing of Defendants Mary T. Basset, M.D., and Daniel W. Tietz; that Defendants' motion to dismiss is granted; that Movant Gloria Agnese, CSJ's motion to intervene in this action is denied; and that this case is closed.

Dated:  March 4, 2024
         Central Islip, New York

                                                                BRENNA B. MAHONEY
                                                                CLERK OF COURT

                                             BY:    /S/ JAMES J. TORITTO
                                                           DEPUTY CLERK